```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08167
   JEFFREY V.S. MACQUEEN
   LORRAINE A MACQUEEN                    CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-5041    SSN XXX-XX-7013

------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/04/07 and confirmed on 09/05/07.

   2.  The case was dismissed after confirmation, 03/07/2008.

   3.  The Debtor paid a total of $   2591.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| RIVERSIDE HOMEOWNERS ASS | SECURED | 578.89 | .00 | 80.40 |
| ALLIED INTERSTATE INC | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 4830.56 | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3291.04 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1467.75 | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 137.11 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 840.70 | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATL BAN | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/JCP | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HILCO RECEIVABLES LLC | UNSECURED | NOT FILED | .00 | .00 |
| STEVEN J FINK | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 805.38 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 719.05 | .00 | .00 |

```
SEVENTH AVENUE            UNSECURED       NOT FILED              .00           .00
      Summary of disbursements:
---------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  578.89          .00     12091.59         .00       12670.48
PRINCIPAL PAID       80.40          .00          .00         .00          80.40
INTEREST PAID          .00          .00          .00         .00            .00
TOTAL PAID           80.40          .00          .00         .00          80.40
```

The Debtor's attorney, JOHN C DENT                    , was allowed $   3500.00
and was paid $     295.00  direct and $    2394.01  through the plan.

The Trustee received $     116.59 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/26/08                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 07 B 08167 JEFFREY V.S. MACQUEEN & LORRAINE A MACQUEEN